[Cite as *Smith v. Smith*, 123 Ohio St.3d 145, 2009-Ohio-4691.]

SMITH, APPELLANT, *v*. SMITH, WARDEN, APPELLEE.

[Cite as *Smith v. Smith,* 123 Ohio St.3d 145, 2009-Ohio-4691.]

*Habeas corpus — Claims that verdict forms did not list essential elements of offense and that jury failed to specify amount of drugs are not cognizable in habeas corpus — Adequate remedy exists for raising claim of sentencing error — Appellate judgment dismissing petition affirmed.*

(No. 2009-0904 ─ Submitted September 2, 2009 ─ Decided September 15, 2009.)

APPEAL from the Court of Appeals for Richland County,

No. 09-CA-12, 2009-Ohio-1857.

_____

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Tony D. Smith, for a writ of habeas corpus, for the reasons stated in its opinion. Smith's claim that the jury-verdict forms did not list the essential elements of his criminal offense is not cognizable in habeas corpus. *Wells v. Hudson*, 113 Ohio St.3d 308, 2007-Ohio-1955, 865 N.E.2d 46, ¶ 8. Nor is Smith's claim alleging that the jury failed to specify the amount of drugs involved or the degree of the offense cognizable in habeas corpus. See *State ex rel. Wynn v. Baker* (1991), 61 Ohio St.3d 464, 465, 575 N.E.2d 208. Finally, Smith had an adequate remedy in the ordinary course of law by appeal to raise his claim of sentencing error. *State ex rel. Hughley v. McMonagle*, 121 Ohio St.3d 536, 2009-Ohio-1703, 905 N.E.2d 1220, ¶ 1.

Judgment affirmed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Tony D. Smith, pro se.

Richard Cordray, Attorney General, and Elizabeth A. Matune, Assistant Attorney General, for appellee.

_____